1  DANA S. MARTINEZ (SBN 205453)
   dmartinez@bushgottlieb.com
2  BUSH GOTTLIEB, A Law Corporation
   801 North Brand Boulevard, Suite 950
3  Glendale, California 91203-1260
   Telephone: (818) 973-3200
4  Facsimile: (818) 973-3201

5  LAUREN MCDERMOTT (*Pro Hac Vice* to be Submitted)
   lobpowell@gmail.com
6  SAMMY SUGIURA (*Pro Hac Vice* to be Submitted)
   ssugiura@mooneygreen.com
7  ARTHUR R. TRAYNOR (*Pro Hac Vice* to be Submitted)
   atraynor@mooneygreen.com
8  MOONEY, GREEN, SAINDON,
   MURPHY & WELCH, P.C.
9  1920 L. Street, NW, Suite 400
   Washington, DC 20036
10 Telephone: (202) 783-0010
   Facsimile: (202) 783-6088

11
   Attorneys for Plaintiffs
12

13               UNITED STATES DISTRICT COURT

14        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15

16 | KEELEY ABRAM, ROBERT              | Case No. 2:23-cv-09565
   | ACEVES, BRIAN ACOSTA, JORGE       |
17 | ACOSTA, STEPHEN ADDLEMAN,         | **COMPLAINT FOR**
   | VICTOR AGUILAR, TRISTAN           | **DECLARATORY JUDGMENT,**
18 | AGUIRRE, COLIN AKAHOSHI,          | **COMPENSATION, AND OTHER**
   | LEONARD ALLEN, ANGEL              | **RELIEF**
19 | ALVAREZ, BRETT ALVAREZ,
   | FERNANDO ALVAREZ, ALBERT
20 | AMAYA, LEO ANAYA, ALEX
   | ANDERSON, CHAZ ANDERSON,
21 | SCOTT ANDERSON, ROBERT
   | APPLEFORD, ANGEL
22 | ARELLANDO, BENJAMIN
   | ARNOLD, ANTHONY ARRIAGA,
23 | MIGUEL ARROYO, RAHEEM
   | ASAAD, JEFFREY ASHBURN,
24 | VICTORIA ASHIA, AUSTIN
   | AUDLEY, NICHOLAS AUSTIN,
25 | KRISTIAN BAGE, JENNIFER
   | BAILEY, JOSEPH BANNAN,
26 | FERNANDO BARRAZA, GREGORY
   | BARBERA, WILLIAM BARNES SR,
27 | AMANTE BARTOLOME, THOMAS
   | BASHARA, RALPH BASSIL,
28 | NICHOLAS BEAR, CHRISTOPHER

COMPLAINT

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1. BEATY, NICHOLAS BEAUREGARD,
2. ADRIAN BEIGH-GACAD, JEREMIE BELLENDIR, ELLERY BELTRAN,
3. RYAN BELTRAN, CHAD BENFANTI, JOHN BENN, CHAD
4. BENNETT, JARED BENNETT, SCOTT BENTON, BUD BILLIPS,
5. MICHAEL BOCHEY, JOEY BOJORQUEZ, JONATHAN BOS,
6. CHARLES BOSWELL, DAVID BRADLEY, MICHAEL BRAVO,
7. JEFFREY BRAZYNETC, DANIELLE BREAR, CHELSEE BREWSTER,
8. WESLEY BRINSON, DANE BROESEL, CAMERON BROMS,
9. DAVID BROOKS, ANDREW BROWN, STEVEN BUI, LAUREN
10. BUSHEY, CHRISTOPHER BUSTAMANTE, CHRIS BUSTOS,
11. DANIEL BUTLER, DAVID BYRNE, LEO BYRNE, CLINTON CADENA,
12. PHILIP CAMPANELLA, DAMEON CANE, DUSTIN CANNISTRACI,
13. JESUS CARBAJAL, ADRIAN CARBALLO, CALEB CARO, ERIC
14. CARPENTER, JONATHAN CARRETO, RODRIGO CARRILLO,
15. AARON CARTER, BRET CARTER, MICHAEL CASTANO, DANIEL
16. CASTILLO, KEITH CASTILLO, DANA CASTRO, REY CASTRO,
17. BRENDAN CAVANAGH, KYLE CAWDREY, GORDON CEASAR,
18. THOMAS CHAMBERLAIN, SYDNEY CHAMBERS, SAMANTHA
19. CHANEY PRADO, BRANDON CHARBONNET, ZULEMA CHAVEZ,
20. MICHAEL CIULLA, ERIC CLARK, JERROD CLAYPOOL, LOREN
21. CLEMENTS, DANIEL COLBERT, BRANDON COLBURN, MATTHEW
22. COLE, EVAN COLLADO, WILLIAM COLLYER, DARIN COOK, WADE
23. COOKUS, BRIAN COONEY, ADAM CORCUERA, ROBERT CORDOBES
24. II, JOHN CORGEL, MARC CORREY, DANIEL CORTINAS, ANTHONY
25. CRESTA, CODY CRIPPEN, BRIAN CRUZ, HIRAM CUAHUTLE, CHACE
26. CUBAK, JONATHAN CULHANE, DONN CUNNIGAN, MICHAEL
27. CUNNINGHAM, ARRAN DAHLBERG, DEVIN DEKONIG, ROMÁN
28. DE LA TORRE, JAMES DEPERSIS,

STEPHEN DESALERNOS, THOMAS DESTEUBEN, DENNIS DEVERA, ARMANDO DIAZ, JOHN DICKEY II, NICHOLAS DIEZ, HAI DINH, BJORN DIXON, BRYAN DOMINGUEZ, CARLOS DOMINGUEZ III, TOWNER DOUGLAS, DAYVION DRUMWRIGHT, BRIAN DUDLEY, CAIN DUNN, DETRION DUNN, LEON DUNN, BRANDON DUYAO, BRITTNEY EBBERT, JANELLE ECCLES, CODY EDWARDS, CODY EITNER, DANIEL ELIZARRARAS, TYLER ENCE, JEFFREY ESCALANTE, MIGUEL ESCOBEDO, NICHOLAS ESTRADA, DAVID FABELA, ANDRES FERNANDEZ, CARLOS FERNANDEZ, JOSEPH FIELD, HUMBERTO FIERRO, MICHAEL FINGER, CHASE FLETCHER, CHARLES FLOWERS, VINCENT FOSTER, BRANDON FRERE, MICHAEL FYHRIE, PRESSYLER GADIA, GUS GAETA, JONATHAN GAETA, FELIX-EDMUND GAPUZAN, ADRIEN GARCIA, ALFREDO GARCIA, ANDRES GARCIA, DENNIS GARRISON, SHANE GARVEY, RICHARD GARZA, CHRISTIAN GASSLER, SHAUN GATH, BRYAN GEIGER, KEVIN GELINAS, ROBERT GERMAN, ERNESTO GOLDSTEIN, FRANK GOMEZ, JORGE GOMEZ, JOSE GOMEZ PABLO GOMEZ, ALEX GONZALES JR., ALFONSO GONZALEZ, JACOB GONZALEZ, RAYMOND GONZALEZ, MATTHEW GOODRICH, ALEXANDER GORME, BRETT GORRIE, JOHN GOSHORN, JOHN GRAVES II, THOMAS GRIFFITH, MIGUEL GUERRERO, JAELEN GULIEX, CHRISTIAN GUNZEL, ROLANDO GUTIERREZ, BENJAMIN GUZMAN, CHRISTIAN GUZMAN, PERRIS HAGSTROM, DAVID HAHN, BRIAN HALLEY, SARAH HALPENNY, ORRIE HAMILTON, JEREMY HAMMOCK, JACOB HARRIS, MICHAEL HARTLEY, OWEN HARVEY, ZANE HEFFNER, MARK HENRY, ANTHONY HERNANDEZ, JESUS

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1  HERNANDEZ, ORLANDO HERNANDEZ, KIMBERLY
2  HERRING, BRADEN HERSHEY, JASON HILL, ROBERT HINOJOSA,
3  STEVEN HINTON, CHUONG HO, GREGORY HOERNER, MICHAEL
4  HOLT, ERIC HOLZMANN, ERIC HOMSHER, JORDAN HOOGSTEEN,
5  SAMUEL HOPWOOD, GERALD HORWEDEL, BRYAN HOWARD,
6  WYATT HOYT, TANIKA HUBBARD, JASON HUGHES,
7  KENNETH HUNTER, FRANCISCO HURTADO, CAYLIN HUXFORD,
8  DOMENIC IBARRA, WILLIAM ISOZAKI, JACKAWA JACKSON,
9  JULIAN JACKSON CHEATHAM, JASON JAMAL, MICHAEL JAMES,
10 ALLEN JANZEN, RANDALL JEFFREY, PAUL JEREMICA,
11 PARKER JOHNSTON, WILLIAM JUN, SKIP KANEMAKI, ELDON
12 KARRATTI, MATTHEW KASPARIAN, ROBERT KATZ,
13 JARED KEARNS, MARTIN KEHOE, JOHN KELLERS II, ADONIS KELLY,
14 SEAN KENNEDY, TIMOTHY KETAILY, LAWRENCE KIM,
15 SAMUEL KIM, LAWRENCE KING III, BRYNDAN KNIGHT, DAVID
16 KOHL, JARRED KOZAKI, JOSHA KRYLO, ALFRED KUZICHEV,
17 EDGAR LAGUNAS, AFARA LALAIND, CHENG LAM, ANDREW
18 LAMBERT, RYAN LAPASTORA, SERGIO LARA JARA, MARCUS
19 LAW, TIMOTHY LAWRENCE, EDWIN LEANO, DANIEL LEE,
20 CONNOR LEES, MAXWELL LEGERE, PATRICK LEISING,
21 ALBERTO LEMUS, WILLIAM LEVENGOOD, DOMINIC LILE,
22 GEOFFREY LITE, DANNY LOPEZ, LONNIE LOPEZ JR., NOE LOPEZ,
23 NOE LOPEZ II, SAMUEL LOPEZ, JEFFREY LORE, ANTONINO
24 LOVATO, ALBERT LOZANO, WILLIAM LUGG, KEVIN LUMADA,
25 CHARLES MACDOUGALL, MICHAEL MAGISTRADO, BRIAN
26 MALINOFSKY, AARON MANN, STEVEN MAROTTA, JOSHUA
27 MARSHALL, ADAM MARTIN, NATALIE MARTIN, ARTURO
28 MARTINEZ, FRANCISCO

4
COMPLAINT

MARTINEZ, LEONARDO MARTINEZ, JOSEPH MASUCK, MATIAS MATTIACCIO, ERIC MATTSON, JAMES MAY, PETER MCKINNEY, ROBERT MCLOUD, JONATHAN MCNEY, EVELYN MEDINA, HENRY MEDINA, JAMES MEJIA, JOE MENDOZA, MORCUS MESSIHA, JENNIFER MIDDLETON, NICHOLAS MILLER, PETER MILLS, MATTHEW MITCHELL, CHRISTIAN MIYASARO, JOHN MOLINA, RICARDO MOLINA, DAEJON MOORE, IAN MOORE, ERIC MORDA, RUDY MOREFIELD, ELIAS MORENO, LIZANDRO MORENO, JUSTIN MORGAN, JAMES MORLOCK, MATTHEW MOROCCO, ANDREW MOTT, TISA MURPHY, KEITH MYERS, ZOLTAN NAGY, JAKE NASH, JOHN NASH, SAMUEL NAVARRO, RYAN NEEDHAM, LAWRENCE NEWBERRY, ALEXANDER NIELSEN, DAVID NUNEZ, DAVID NUNO-ORDONEZ, ANH NGUYEN, HAO NGUYEN, ERIK OBERMAN, PATRICIA OCHOA, DANIEL O'CONNOR, JAMES O'CONNOR, KEVIN O'CONNOR, RYAN OLDEN, WILLIAM OLIVER, EDWARD OLIVEROS, JOSHUA ORNELAS, ISRAEL ORTIZ GRAJEDA, DAVID OSEGUERA, SANTOS PACHECO GARCIA, JESUS PADILLA, ANDREW PATTERSON, DAVID PAULS, JUAN PENUELAS, RENE PERALTA, JESUS PEREZ, MATT PEREZ, LUKE PETERMAN, MATTHEW PETERSEN, BRYAN PETRICH, JUSTIN PHELPS, SHAWN PHILLIPS, SCOTT PIKE, MARK PINEDA, ANGELO PITILLO, DERWIN PITTS, TIMOTHY PLEASANT, RODGER POLK JR., HAILEY PONTES, LESLIE POOLE, NICHOLAS PRANGE, MIGUEL PRECIADO-GONZALEZ, CHASE PRICE, RYAN PRIMOSCH, BRANT PULLIAM, WARREN QUACH, BRYAN QUICK, RYAN QUIGLEY, CODY QUINLAN, JACOB RAABE, JUSTIN RAMIREZ, BRIAN RANKIN, MATTHEW RAPOZA, TAYLOR RAPPAPORT, KERN RASH III,

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

JORGE RECENDEZ, ANDREW REGALADO, GORDON REILLY III, CHAD REYES, NICOLETTE RICHARDS, KRISTINA RIVERA, CRAIG ROACH, BLAKE ROBBINS JOHN ROBERTS, RUDY ROCHA, JEFFREY RODNER, ABRAHAM RODRIGUEZ, ALEXANDER RODRIGUEZ, CANDRA RODRIGUEZ, DANIEL RODRIGUEZ, OMAR RODRIQUEZ, DANIEL ROMAN, JORDAN ROSS, DOMINIC ROUX, ROGER RUBIO, RANDALL RUPPLE, LANDON RUPRIGHT, BRIAN RUSSELL, LUKE RUSSELL, ADAM RUSSO, DANIEL SABALLOS, MICHAEL SAFRAN, JOSE SALAS, KEVIN SALAZAR, TIMOTHY SALDANA, MARC SAMAMA, BERNARD SANCHEZ, JOSE SANCHEZ, SERGIO SANCHEZ, JEREMY SANDIFORD, CHARLES SANDOR, MICHAEL SANDOVAL, DUSTIN SANSONE, MARK SCHMIDT, PATRICK SCHULTZ, CHRISTOPHER SCRIVNER, MICHAEL SEISER. PEDRO SERRATO-CASTILLO, MATTHEW SESTICH, NICHOLAS SHRODE, CARLEY SILVAS, MAN MAN SIVABORVORN, DALE SMITH, KEVIN SMITH, MARLEESE SMITH, IAN SORIANO, MOHAMMAD SOUBRA, LAUREN SPARGO, KYLE SPARKMAN, MATTHEW SPENCE, DONALD SPREEMAN, JAMIE STANFORD, GARRETT STEFFEN, BRIAN STEHMEIER, TREVOR STEPAN, JOSEPH STERKEL, JONATHAN STEVENS, MARK STEVENSON, JEROME STEWARD, MARGARET STEWART, EDWIN STILES, KELLEY STOCKTON, MICHAEL SUARKEO, JONATHAN SULLIVAN, JOSHUA SUMNER, BRAIDEN SWARTZ, HUGO TADEO, PATRICK TAMRAZIAN, ABRAN TAPIA, ANDREW TAVERA, MICHAEL TAYLOR, MARK THEK, BRIAN THIES, CONNOR THOMPSON, MICHAEL THOMPSON, CARL THURSTON, CHRISTOPHER THYFAULT, EDDIE TIBURCIO, TIMOTHY TOLEDO,

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

ANDREW TOM, RONALD TOMACRUZ, TYLER TOMICH, CHANNING TOOMEY, RAYMOND TOPETE, ADRIAN TORRES, JOSE TOVAR, VICTOR TOVAR, CHRISTOPHER TRAN, DOUGLAS TRINIDAD, JONATHAN TSAROFSKI, MIKAYLA TYLER, GENARO URBANO, ZACHARY UZELAC, TIMOTHY VALLEJOS, YASHA VAND, ADAM VAN GERPEN, IAN VAN GERPEN, HARRISON VAN GILDER, BRYAN VARDANIAN, FERNANDO VASQUEZ, MICHAEL VAVRIN, ALVIN VELASQUEZ, OMAR VELASQUEZ, DAVID VERDUZCO, EMERSON VIDOR, JASON VILLEGIANTE, MADISON VIRAY, NATHAN VONDERHARR, STEVEN VU, MARK WAGONER, DAVID WALTON, MICHAEL WALTON, MITCHELL WASSERMAN, SHANE WEAVER, RYAN WEBB, JERROD WEBSTER, ROBERT WEDLOCK, RYAN WEEDEN, STEVEN WHITE, BRANDON WHYTE, BRANDON WILE, ALONZO WILLIAMS, BRIAN WILLIAMS, JOEL WILLIAMS, STEVEN WILLIAMS, KEVIN WILLIAMSON, GORDON WILSON, KATE WILSON, LUKE WINFIELD, CHRISTOPHER WINN, SCOTT WISE, JEROME WOODCOCK, ROBERT WYATT, GEORGE YLLESCAS, DARYL YOSHIHASHI, CHRISTOPHER YOUNG, KEENAN YOUNG, GREGORY ZACCARO, ELOY ZEPEDA, RICHARD ZWIRN,

            Plaintiffs,

vs.

CITY OF LOS ANGELES, CALIFORNIA

           Defendant.

Plaintiffs, by and through their counsel, the law firm of Mooney, Green, Saindon, Murphy & Welch, P.C., respectfully submit their complaint against the City of Los Angeles, California, and state as follows:

**PARTIES**

1. At all times material herein, plaintiffs have been employed by the defendant City of Los Angeles, California in the following classifications: Fire fighter I; Fire fighter II; Fire Fighter III; Fire Inspector I; Fire Inspector II; Helicopter Pilot I; Helicopter Pilot II; Helicopter Pilot III; Helicopter Pilot IV; Helicopter Pilot V; Fire Captain I; Fire Captain II; Apparatus Operator; Engineer; Fireboat Pilot and Fireboat Mate.

2. Plaintiffs bring this action for a declaratory judgment, back pay, liquidated damages and other relief pursuant to 29 U.S.C. § 207, 29 U.S.C. § 216(b), and 28 U.S.C. § 1331, to remedy the defendant's willful and unlawful violations of federal law complained of herein.

3. Plaintiffs, who number 532 as of the date this Complaint is filed, are identified in the caption of the Complaint and have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. § 216(b). Such written consents are appended hereto in Appendix A. These written consent forms set forth each plaintiff's name and address.

4. Each of the plaintiffs in this action while employed by the defendant has been an "employee" within the meaning of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 203(e)(1).

5. Each of the plaintiffs is either a non-exempt employee entitled under Section 7(a) of the FLSA to overtime equal to time and one-half their regular rate of pay for all hours worked over forty (40) in a workweek, or, for those engaged in fire protection activities, is a partially-exempt employee entitled under Section 7(k) of the FLSA to overtime equal to time and one-half their regular rate of pay for all hours worked over two-hundred twelve (212) in a twenty-eight (28) day period (or in

excess of a proportionate number of hours for work periods between 7 and 28 days). 29 U.S.C. § 207(a) and 207(k).

6. Defendant City of Los Angeles, California ("Los Angeles"), is an employer within the meaning of Section 3(d) of the FLSA and a public agency within the meaning of Section 3(x) of the FLSA. 29 U.S.C. § 203(d) and 203(x). Los Angeles's principal office and place of business is located at 200 N Spring St, Los Angeles, CA 90012.

## JURISDICTION AND VENUE

7. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## FACTS

9. At all times material to this action, plaintiffs have worked within the Los Angeles Fire Department ("LAFD") for the defendant in the position of fire fighter, fire inspector; helicopter pilot; fire captain; apparatus operator; engineer; fireboat pilot or fireboat mate.

10. Plaintiffs are represented for the purposes of collective bargaining by the International Association of Fire Fighters, Local 112, which is party to a collective bargaining agreement ("CBA") with the City of Los Angeles governing the terms and conditions of Plaintiffs' employment, including their hourly wage rate and entitlement to certain other types of remuneration, including but not limited to: Longevity Pay (CBA Art. 8.5), Wellness Bonuses (CBA Art. 9(a)), Retirement Incentive Pay (CBA Letter of Agreement 2019-2023, MOU No. 23), Special Duty and Platoon Duty Pay (CBA Art. 8.3), and Educational Bonuses (CBA Art. 8.6). Cited sections of the CBA setting forth the agreement to provide these payments are appended hereto in Appendix B.

11. The regular rate is the hourly rate actually paid to an employee for the normal, non-overtime workweek (or work period under Section 7(k)) for which he or

she is employed and must reflect all payments which the parties have agreed shall be received regularly during the workweek, exclusive of payments excluded by Section 7(e)(1)-(8) of the Act. 29 U.S.C. § 207(e).

12. In addition to the hourly rate agreed upon by the parties in the CBA, the regular rate used for the purpose of calculating the amount of overtime due and owing to Plaintiffs must also include applicable Longevity Pay, Wellness Bonuses, Retirement Incentive Pay, Special Duty and Platoon Duty Pay, and Educational Bonuses, none of which are excludable from the regular rate by Section 7(e)(1-8) of the Act. 29 U.S.C. § 207(e).

13. Los Angeles does not include applicable Longevity Pay, Wellness Bonuses, Retirement Incentive Pay, Special Duty and Platoon Duty Pay, and Educational Bonuses in the regular rate used for the purpose of calculating the amount of overtime due and owing to all Plaintiffs, including those covered non-exempt employees entitled to overtime as provided by Section 207(a) of the FLSA as well as those covered partially-exempt employees entitled to overtime as provided by Section 207(k) of the FLSA.

14. Each Plaintiff has in at least one work period within the last three years worked more than the requisite number of hours to be entitled to overtime pay, in the same period received or became entitled to immediately receive one of the types of remuneration described in paragraph 10, and for that same period received overtime pay from Defendant in amounts insufficient to meet Defendant's obligation to pay time and one half a regular rate that does not exclude the payments described in paragraph 10 of this Complaint.

## COUNT I – VIOLATION OF SECTION 207(a) of the FAIR LABOR STANDARDS ACT

15. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1 through 14.

16. During the times that covered non-exempt Plaintiffs have worked in excess of 40 hours in a workweek, defendant has failed to provide covered non-exempt Plaintiffs with the rights and protections provided under the FLSA, including overtime pay at the rate of one and one-half times their regular rates of pay for all hours the covered non-exempt Plaintiffs have worked in excess of the hourly standards set forth under 29 U.S.C. § 207(a).

17. By failing to pay covered non-exempt Plaintiffs the overtime pay required under the law, the defendant has violated and is continuing to violate the provisions of the FLSA in a manner that is unreasonable, willful and in bad faith. As a result, at all times material herein, the Plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum period allowed under the law.

18. As a result of the defendant's willful, unreasonable and bad faith violations of the FLSA, there have become due and owing to the covered non-exempt Plaintiffs an amount that has not yet been precisely determined. The employment and work records for the covered non-exempt Plaintiffs (including time and attendance records) are in the exclusive possession, custody and control of the defendant and the plaintiffs are unable to state at this time the exact amount owing to them. Defendant is under a duty imposed under the FLSA, 29 U.S.C. § 211(c), and various other statutory and regulatory provisions, to maintain and preserve payroll and other employment records with respect to the covered non-exempt Plaintiffs from which the amount of defendant's liability can be ascertained.

19. Pursuant to 29 U.S.C. § 216(b), the covered non-exempt Plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the defendant's failure to pay overtime compensation.

20. Covered non-exempt Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b).

///

11
COMPLAINT

# COUNT II – VIOLATION OF SECTION 207(k) of the
# FAIR LABOR STANDARDS ACT

21. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1 through 20.

22. During the times that covered partially-exempt Plaintiffs have worked in excess of 212 hours in a 28-day period (or in excess of a proportionate number of hours for work periods between 7 and 28 days), defendant has failed to provide covered partially-exempt Plaintiffs with the rights and protections provided under the FLSA, including overtime pay at the rate of one and one-half times their regular rates of pay for all hours the covered partially-exempt Plaintiffs have worked in excess of the hourly standards set forth under 29 U.S.C. § 207(k).

23. By failing to pay covered partially-exempt Plaintiffs and other employees the overtime pay required under the law, the defendant has violated and is continuing to violate the provisions of the FLSA in a manner that is unreasonable, willful and in bad faith. As a result, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum period allowed under the law.

24. As a result of the defendant's willful, unreasonable and bad faith violations of the FLSA, there have become due and owing to the covered partially-exempt Plaintiffs an amount that has not yet been precisely determined. The employment and work records for the covered non-exempt Plaintiffs (including time and attendance records) are in the exclusive possession, custody and control of the defendant and the plaintiffs are unable to state at this time the exact amount owing to them. Defendant is under a duty imposed under the FLSA, 29 U.S.C. § 211(c), and various other statutory and regulatory provisions, to maintain and preserve payroll and other employment records with respect to the covered partially-exempt Plaintiffs from which the amount of defendant's liability can be ascertained.

///

25. Pursuant to 29 U.S.C. § 216(b), the covered partially-exempt Plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the defendant's failure to pay overtime compensation.

26. Covered partially-exempt Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b).

## DEMAND FOR A JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and applicable law, all plaintiffs hereby demand that their claims be tried before a jury

## PRAYER FOR RELIEF

WHEREFORE, all Plaintiffs pray that this Court:

(a) Enter judgment declaring that the Defendant has willfully and wrongfully violated its statutory obligations under federal law and deprived each of the Plaintiffs of his/her rights;

(b) Order a complete and accurate accounting of all the compensation to which the Plaintiffs are entitled;

(c) Award Plaintiffs compensatory relief in the form of liquidated damages equal to their unpaid compensation;

(d) Award Plaintiffs interest on their unpaid compensation;

(e) Award Plaintiffs their reasonable attorneys' fees to be paid by the Defendant, and the costs and disbursements of this action; and

(f) Grant such other relief as may be just and proper.

| | |
|---|---|
| Dated: November 13, 2023 | LAUREN MCDERMOTT<br>(*Pro Hac Vice* to be Submitted)<br>SAMMY SUGIURA<br>(*Pro Hac Vice* to be Submitted)<br>ARTHUR R. TRAYNOR<br>(*Pro Hac Vice* to be Submitted)<br>MOONEY, GREEN, SAIDON, MURPHY & WELCH, P.C.<br><br>By: /s/ Lauren McDermott<br>   LAUREN MCDERMOTT<br>   SAMMY SUGIURA<br>   ARTHUR R. TRAYNOR<br>Attorneys for Plaintiffs. |
| Dated: November 13, 2023 | DANA S. MARTINEZ<br>BUSH GOTTLIEB, A Law Corporation<br><br>By: /s/ Dana S. Martinez<br>   DANA S. MARTINEZ<br>Attorneys for Plaintiffs. |